THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERGE HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHUBB CUSTOM INSURANCE COMPANY, a New Jersey Corporation; ADMIRAL INSURANCE COMPANY, a Delaware Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendant. | No.: 2:21-cv-00241-JLR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ADMIRAL INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPEARANCE** |

This matter having come before the Court on Defendant Admiral Insurance Company's Unopposed Motion for Extension of Time for Defendant to File Appearance, and the Court having examined the court files and records, being fully advised, and for good cause shown;

///
///
///
///
///

[PROPOSED] ORDER GRANTING DEFENDANT ADMIRAL INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPEARANCE
NO.: 2:21-CV-00241-JLR

PAGE 1

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

IT IS HEREBY ORDERED that Defendant Admiral Insurance Company shall have until Monday, May 31, 2021, to answer the Complaint in this lawsuit.

DATED: May 3, 2021

*[signature]*

Hon. James L. Robart
United States District Judge

Presented by:

BULLIVANT HOUSER BAILEY PC

By */s/ Ronald J. Clark*
Ronald J. Clark, WSBA #43534
E-mail: ron.clark@bullivant.com
David J. Ryan, WSBA #26144
E-mail: david.ryan@bullivant.com

Attorneys for Defendant Admiral Insurance Company

4810-8264-2919.1

[PROPOSED] ORDER GRANTING DEFENDANT ADMIRAL INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPEARANCE
NO.: 2:21-CV-00241-JLR

PAGE 2

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351