JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VERGE HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHUBB CUSTOM INSURANCE COMPANY, a New Jersey Corporation; ADMIRAL INSURANCE COMPANY, a Delaware Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:21-cv-00241-JLR<br><br>STIPULATED MOTION AND ORDER TO EXTEND INITIAL SCHEDULING DATES |



## I. MOTION

Come now, Plaintiff Verge Homeowners Association ("Association") and Defendant Admiral Insurance Company ("Admiral"), by and through their respective counsel, and stipulate to this Motion to Extend Initial Scheduling Dates as set forth in the Court's Order Regarding Initial Disclosures and Joint Status Report (Dkt. #8). The Association filed this action on February 26, 2021. Service was effected on both Defendants Admiral and Chubb Custom Insurance Company ("Chubb Custom") on April 16, 2021 via the Washington State Office of the Insurance Commissioner. Although Defendant Admiral has appeared, Defendant Chubb Custom has not yet appeared in the lawsuit.

STIPULATED MOTION TO EXTEND INITIAL
SCHEDULING DATES (NO. 2:21-cv-00241-JLR) - 1

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660

Counsel for the Association and Admiral have met and conferred and propose an extension of the following deadlines:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Deadline for FRCP 26(f) Conference** | 05/28/2021 | 07/16/2021 |
| **Initial Disclosures Pursuant to FRCP 26(a)(1)** | 06/11/2021 | 07/30/2021 |
| **Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f)** | 06/18/2021 | 08/06/2021 |

## II.   GOOD CAUSE SHOWN

Pursuant to LR 16(b)(6) a scheduling order may be modified "only for good cause and with the judge's consent." Good cause exists here because one of the named defendants, Chubb Custom, has not yet appeared despite being served. No previous extensions of time in regards to the scheduling order have been requested or granted by this Court, and this extension is not made for purposes of delay, but rather to permit Chubb Custom to enter a Notice of Appearance and allow all parties to participate in the Fed. R. Civ. P. 26(f) conference, exchange initial disclosures, and together draft and approve a Joint Status Report.

The parties respectfully request that the Court extend the currently scheduled deadlines as set forth above. A proposed order is included herewith.

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
/s/ *Justin D. Sudweeks*
/s/ *Daniel J. Stein*
/s/ *Jessica Burns*
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
2701 First Avenue, Suite 430

STIPULATED MOTION TO EXTEND INITIAL
SCHEDULING DATES (NO. 2:21-cv-00241-JLR) - 2

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660

1  Seattle, WA 98121
   Email: jstein@condodefects.com
2  Email: justin@condodefects.com
   Email: dstein@condodefects.com
3  Email: jessica@condodefects.com
   Telephone: (206) 388-0660
4  Facsimile: (206) 286-2660
   *Attorneys for Plaintiff*
5

6  **BULLIVANT HOUSER BAILEY PC**

7  */s/ David J. Ryan*
   Ronald J. Clark, WSBA #43534
8  David J. Ryan, WSBA #26144
   1 SW Columbia Street
9  Suite 800
   Portland, OR 97204-4022
10 Email: ron.clark@bullivant.com
   Email: david.ryan@bullivant.com
11 Telephone: (503) 499-4413
12 *Attorneys for Defendant Admiral Insurance Company*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION TO EXTEND INITIAL
SCHEDULING DATES (NO. 2:21-cv-00241-JLR) - 3

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660

# [PROPOSED] ORDER

Based on the above stipulation, IT IS SO ORDERED that the deadlines set forth in the Court's Order Regarding Initial Disclosures and Joint Status Report (Dkt. #8) are extended as follows:

|  | Current Deadline | New Deadline |
| --- | --- | --- |
| Deadline for FRCP 26(f) Conference | 05/28/2021 | 07/16/2021 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 06/11/2021 | 07/30/2021 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 06/18/2021 | 08/06/2021 |

DATED THIS 29th day of May, 2021.

_____
HONORABLE JAMES L. ROBART

Presented by:

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
/s/ *Justin D. Sudweeks*
/s/ *Daniel J. Stein*
/s/ *Jessica Burns*
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
2701 First Avenue, Suite 430
Seattle, WA 98121

STIPULATED MOTION TO EXTEND INITIAL
SCHEDULING DATES (NO. 2:21-cv-00241-JLR) - 4

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660

1  Email: jstein@condodefects.com
   Email: justin@condodefects.com
2  Email: dstein@condodefects.com
   Email: jessica@condodefects.com
3  Telephone: (206) 388-0660
   Facsimile: (206) 286-2660
4  *Attorneys for Plaintiff*

5  **BULLIVANT HOUSER BAILEY PC**

6  /s/ David J. Ryan
7  Ronald J. Clark, WSBA #43534
   David J. Ryan, WSBA #26144
8  1 SW Columbia Street
   Suite 800
9  Portland, OR 97204-4022
10 Email: ron.clark@bullivant.com
   Email: david.ryan@bullivant.com
11 Telephone: (503) 499-4413
   *Attorneys for Defendant Admiral Insurance Company*
12

STIPULATED MOTION TO EXTEND INITIAL
SCHEDULING DATES (NO. 2:21-cv-00241-JLR) - 5

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660