THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERGE HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHUBB CUSTOM INSURANCE COMPANY, a New Jersey Corporation; ADMIRAL INSURANCE COMPANY, a Delaware Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:21-cv-00241-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT CHUBB CUSTOM INSURANCE COMPANY ONLY** |

## **STIPULATION**

Plaintiff VERGE HOMEOWNERS ASSOCIATION and Defendant CHUBB CUSTOM INSURANCE COMPANY ("Chubb"), by and through their attorneys of record, hereby stipulate and agree to the dismissal of all claims between them, without prejudice and without fees or costs awarded against any party.

//

//

//

//

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT CHUBB CUSTOM INSURANCE COMPANY ONLY - 1
NO. 2:21-cv-00241-JLR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

1
2  Dated this 1st day of March, 2022.                    Dated this 1st day of Mrach, 2022.

3  STEIN, SUDWEEKS & STEIN, PLLC                         COZEN O'CONNOR

4
5  By: */s/ Justin D. Sudweeks*                          By: */s/ William F. Knowles*
       Jerry H. Stein, WSBA No. 27721                        William F. Knowles, WSBA No. 17212
6      Justin D. Sudweeks, WSBA No. 28755                    Peter J. Berg, WSBA No. 46757
       Daniel J. Stein, WSBA No. 48739                       999 Third Avenue, Suite 1900
7      Jessica R. Burns, WSBA No. 49852                      Seattle, Washington 98104
       16400 Southcenter Parkway, Suite 410                  Telephone: 206.340.1000
8      Tukwila, Washington 98188                             Facsimile: 206.621.8783
       Office: (206) 388-0660                                Email:  wknowles@cozen.com
9      Fax: (206) 286-2660                                           pberg@cozen.com
       Email:    jstein@condodefects.com
10               justin@condodefects.com
                 dstein@condodefects.com                    *Attorneys for Defendant Chubb Custom*
11               jessica@condodefects.com                   *Insurance Company*

12 *Attorneys for Plaintiff Verge Homeowners*
   *Association*
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL                    LAW OFFICES OF
OF DEFENDANT CHUBB CUSTOM INSURANCE COMPANY                          **COZEN O'CONNOR**
ONLY - 2                                                         A PROFESSIONAL CORPORATION
NO. 2:21-cv-00241-JLR                                                999 THIRD AVENUE
                                                                         SUITE 1900
                                                                 SEATTLE, WASHINGTON 98104
                                                                       (206) 340-1000

# ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Stipulation of the above-referenced parties, and the Court having reviewed the Stipulation and finding good cause, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims between Plaintiff and Defendant Chubb are hereby dismissed in their entirety without prejudice and without fees or costs against any party.

DATED this 1st day of March, 2022.

_____
The Honorable James L. Robart
United States District Judge

Presented by:

COZEN O'CONNOR

By: _/s/ William F. Knowles_
William F. Knowles, WSBA No. 17212
Peter J. Berg, WSBA No. 46757
999 Third Avenue, Suite 1900
Seattle, Washington  98104
Telephone: 206.340.1000
E-mail:   wknowles@cozen.com
             pberg@cozen.com

*Attorneys for Defendant Chubb Custom Insurance Company*

//

//

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
OF DEFENDANT CHUBB CUSTOM INSURANCE COMPANY
ONLY - 3
NO. 2:21-cv-00241-JLR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

Approved; Notice of Presentation Waived:

STEIN, SUDWEEKS & STEIN, PLLC


By:   */s/ Justin D. Sudweeks*
     Jerry H. Stein, WSBA No. 27721
     Justin D. Sudweeks, WSBA No. 28755
     Daniel J. Stein, WSBA No. 48739
     Jessica R. Burns, WSBA No. 49852
     Stein, Sudweeks & Stein, PLLC
     16400 Southcenter Parkway, Suite 410
     Tukwila, Washington 98188
     Office: (206) 388-0660
     Fax: (206) 286-2660
     Email:   jstein@condodefects.com
                 justin@condodefects.com
                 dstein@condodefects.com
                 jessica@condodefects.com

*Attorneys for Plaintiff Verge Homeowners Association*

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT CHUBB CUSTOM INSURANCE COMPANY ONLY - 4
NO. 2:21-cv-00241-JLR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000