# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERGE HOMEOWNERS ASSOCIATION,<br><br>               Plaintiff,<br><br>v.<br><br>CHUBB CUSTOM INSURANCE COMPANY, et al.,<br><br>               Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C21-0241JLR |

\_\_\_    **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

This action is DISMISSED without prejudice.  (*See* 3/9/22 Order (Dkt. # 24).)

Filed this 9th day of March, 2022.


                                            RAVI SUBRAMANIAN
                                            Clerk of Court

                                            s/ Ashleigh Drecktrah
                                            Deputy Clerk